This decision was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of non-precedential dispositions. Please also note that this electronic decision may contain computer-generated errors or other deviations from the official paper version filed by the Supreme Court.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**BRYCE FRANKLIN,**

Plaintiff-Appellant,

v.                                                    **No. A-1-CA-37536**

**CLIFFORD BEARDEN,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF CIBOLA COUNTY**
**Pedro G. Rael, District Judge**

Bryce Franklin
Santa Rosa, NM

Pro Se Appellant

Clifford Bearden
Grants, NM

Pro Se Appellee

**MEMORANDUM OPINION**

**VANZI, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

{2}    **AFFIRMED.**

{3}    **IT IS SO ORDERED.**

_____
                                    **LINDA M. VANZI, Judge**

**WE CONCUR:**

_____
**JACQUELINE R. MEDINA, Judge**

_____
**MEGAN P. DUFFY, Judge**